IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| AUTO-OWNERS INSURANCE COMPANY, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) CIVIL ACTION NO. ) 16-00120-CB-C |
| GLADYS MARIE JACKSON, | ) ) ) |
| Defendant. | ) |

# DEFAULT JUDGMENT

This matter comes before the Court on a motion for default judgment (Doc. 9) filed by Plaintiff Auto-Owners Insurance Company against Defendant Gladys Marie Jackson in accordance with Fed. R. Civ. P. 55.  Upon review of this action, the Court finds that Defendant, having been properly served, has failed to answer or otherwise defend this action.  Accordingly, it is

**ORDERED, ADJUDGED** and **DECREED** that Default Judgment be and hereby is entered in favor of Plaintiff Auto-Insurance Company and that Plaintiff recover from defendant Gladys Marie Johnson the amount of three hundred thirty thousand four hundred and no/100ths ($330,400) dollars.

**DONE** this the 5th day of July, 2016.

*s/Charles R. Butler, Jr.*
**Senior United States District Judge**